CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 22 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **DONNIE WAYNE SENSABAUGH,** | CASE NO. 7:11CV00444 |
| Petitioner, | |
| vs. | **FINAL ORDER** |
| **STEPHANIE M. SHORTT, ET AL.,** | By: James C. Turk |
| | Senior United States District Judge |
| Respondent(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice, failure to exhaust state court remedies and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 22nd day of September, 2011.

/s/ James C. Turk
Senior United States District Judge